# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Judge Christine M. Arguello

Criminal Action No. 08-cr-00409-CMA-01

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

RONALD PHILIP WALLACE,

    Defendant.

---

## ORDER REQUESTING RELEASE OF STATEMENT OF REASONS AND ATTACHMENT A

---

    This matter is before the Court on request by the Probation Office to release the Statement of Reasons and the Attachment A for the purpose of a violation hearing, the Court

    ORDERS that the Statement of Reasons and Attachment A be disclosed to the U.S. Attorney's Office and Federal Public Defender's Office, and

    FURTHER ORDERS that the Statement of Reasons and Attachment A are not to be copied or in any way disclosed beyond the scope of this Order.

    DATED at Denver, Colorado, this __6th__ day of March, 2009.

                            BY THE COURT:

                            */s/ Christine M. Arguello*

                            _____
                            CHRISTINE M. ARGUELLO
                            United States District Judge