**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**Judge Christine M. Arguello**

Criminal Case No. 08-cr-00409-CMA

UNITED STATES OF AMERICA,

      Plaintiff,

v.

RONALD PHILLIP WALLACE,

      Defendant.

---

**ORDER TO RESET HEARING ON VIOLATION OF CONDITIONS OF PROBATION**

---

This matter comes before the Court *sua sponte*. Due to a personal matter, the

Court hereby ORDERS that the hearing on violation of probation currently scheduled for

March 30, 2009 is RESET to **Friday, April 10, 2009 at 8:30 a.m.**

      DATED:  March __11__, 2009

                                  BY THE COURT:

                                  _____
                                  CHRISTINE M. ARGUELLO
                                  United States District Judge