✎AO 442   (Rev. 08/07) Warrant for Arrest

# UNITED STATES DISTRICT COURT
### District of Colorado

UNITED STATES OF AMERICA

V.

RONALD PHILIP WALLACE

**WARRANT FOR ARREST**

Case Number:   08-cr-00409-CMA-01

To: The United States Marshal
    and any Authorized United States Officer

YOU ARE HEREBY COMMANDED TO ARREST _____ RONALD PHILIP WALLACE _____
                                                                Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment     ☐ Information     ☐ Complaint     ☐ Order of court

☐ Pretrial Release     ☐ Probation     ☒ Supervised Release     ☐ Violation Notice
  Violation Petition      Violation Petition   Violation Petition

charging him or her with   (brief description of offense)
1) The defendant shall pay restitution in the amount of $6,000 a month;  2) The defendant shall provide to the probation officer federal and state income tax returns or a signed release authorizing their disclosure;  3) The defendant shall be employed and the defendant's employment shall be approved by the U.S. Probation Officer; 4) Failure to submit monthly report forms as directed; and 5) Failure to follow instructions of the probation officer.

☒ in violation of Title _____ United States Code, Section(s) _____

☐ in violation of the conditions of his or her pretrial release imposed by the court.

☐ in violation of the conditions of his or her supervision imposed by the court.

| GREGORY C. LANGHAM | s/T.Lee |
|---|---|
| Name of Issuing Officer | Signature of Issuing Officer |
| CLERK, U.S. District Court | 3/12/2010,  Denver, CO |
| Title of Issuing Officer | Date and Location |

| **RETURN** ||
|---|---|
| This warrant was received and executed with the arrest of the above-named individual at ||
| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
| DATE OF ARREST | | |