**UNITED STATES DISTRICT COURT**
FOR THE DISTRICT OF COLORADO

Date:  March 12, 2010          Case Number:   08-cr-00409-CMA

CERTIFICATE OF MAILING

    The undersigned hereby certifies that on the above date a copy of the sealed documents #27 and #28 were  duly hand delivered to the persons listed below:

Assistant United States Attorney

Federal Probation

U.S. Marshal

GREGORY C. LANGHAM, CLERK

By:   s/T.Lee
       T.Lee, Deputy Clerk