IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 08-cr-00409-CMA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

RONALD PHILLIP WALLACE,

    Defendant.

## MINUTE ORDER

ORDER ENTERED BY JUDGE CHRISTINE M. ARGUELLO

    Pursuant to the Probation Department's Petition for Arrest Due to Violations of Supervised Release (Doc. # 27) and a telephone conference between counsel for the Government and Chambers staff, a hearing on revocation of supervised release is SET for **June 10, 2010 at 1:30 p.m.**, in Courtroom A602 of the Arraj Courthouse.

    DATED: April 26, 2010