IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 08-cr-00409-CMA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

RONALD PHILLIP WALLACE,

    Defendant.

---

**NOTICE REQUESTING TERMINATION OF ELECTRONIC SERVICE**

---

    The United States of America, by and through the undersigned Assistant United States Attorney, hereby requests the court to terminate service of electronic filing in the above-captioned case as to AUSA James R. Allison. AUSA Linda Kaufman is lead counsel of record in this case, has filed an Entry of Appearance, and is receiving electronic notice for this case.

    Wherefore, AUSA James R. Allison is no longer representing the United States in this matter.

    Respectfully submitted,

    DAVID M. GAOUETTE
    United States Attorney

    By: s/James R. Allison
    JAMES R. ALLISON
    Assistant U.S. Attorney
    United States Attorney's Office
    1225 Seventeenth Street, Suite 700
    Denver, Colorado 80202
    Telephone: (303) 454-0100
    Fax: (303) 454-0403
    E-mail: James.Allison2@usdoj.gov
    Attorney for the Government

# CERTIFICATE OF SERVICE

       I hereby certify that on this 30th day of April, 2010, I electronically filed the foregoing **NOTICE REQUESTING TERMINATION OF ELECTRONIC SERVICE** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

    Linda Kaufman
    linda.kaufman@usdoj.gov

    Lynn Pierce
    lpierce.blp@comcast.net

    By: s/ Veronica Ortiz
    VERONICA ORTIZ
    Legal Assistant
    1225 Seventeenth Street, Suite 700
    Denver, Colorado 80202
    Telephone: (303) 454-0100
    Facsimile: (303) 454-0406
    E-mail: Veronica.Ortiz@usdoj.gov