**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Criminal Action No. 08-cr-00409-CMA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

RONALD PHILLIP WALLACE,

    Defendant.

---

**ORDER EXONERATING BOND**

---

This criminal action has proceeded to sentencing and a final judgment and conviction, and the Dfendant was remanded to the custody of the United States Marshal at sentencing, or has self-surrendered to the designated facility, as confirmed by the United States Bureau of Prisons.  As a result, all the conditions of an appearance bond imposed by the Curt as a pretrial matter to secure Dfendant's release, pursuant to 18 U.S.C. § 3142(c), have been satisfied.  Accordingly, it is

ORDERED that the bond in this case is hereby exonerated and the surety or sureties, if applicable, are released.  It is further

ORDERED that the bail funds or property deposited into the registry of the court shall hereby be released by the clerk of the court, or a designated deputy, to the surety of the Defendant.

DATED at Denver, Colorado, this __4th__ day of January, 2011.

                                                  BY THE COURT:

                                                *[signature: Christine M. Arguello]*

                                                CHRISTINE M. ARGUELLO
                                                United States District Judge