# UNITED STATES DISTRICT COURT

## DISTRICT OF COLORADO

| | |
|---|---|
| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE**<br>(For **Revocation of Supervised Release**) |
| v. | Case Number:  08-cr-00409-CMA-01 |
| | USM Number:  19005-112 |
| RONALD PHILLIP WALLACE | Lynn A. Pierce, Appointed<br>(Defendant's Attorney) |

**THE DEFENDANT:**  Was found guilty of violations 1 through 12 after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1 | Failure to Follow Instructions of Probation Officer | 08/05/2011 |
| 2 | Failure to Notify the Probation Officer at Least Ten Days Prior to Any Change in Residence | 08/01/2011 |

The defendant is sentenced as provided in pages 2 through 5 of this judgment.  The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

It is ordered that the defendant must notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.  If ordered to pay restitution, the defendant must notify the court and United States Attorney of material changes in economic circumstances.

It is further ordered that the Addendum to this judgment, which contains the defendant's social security number, residence address and mailing address, shall be withheld from the court file and retained by the United States Probation Department.

April 16, 2012
_____
Date of Imposition of Judgment

_____
Signature of Judge

Christine M. Arguello, U.S. District Judge
_____
Name & Title of Judge

04/21/12
_____
Date

DEFENDANT:  RONALD PHILLIP WALLACE
CASE NUMBER:  08-cr-00409-CMA-01

Judgment-Page 2 of 5

## ADDITIONAL VIOLATIONS

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 3 | Failure to Obtain Approval from the Probation Office for Employment | 08/31/2011 |
| 4 | Failure to Obtain Approval from the Probation Office for Employment | 08/31/2011 |
| 5 | Failure to Follow Instructions of Probation Officer | 01/05/2012 |
| 6 | Failure to Follow Instructions of Probation Officer | 01/05/2012 |
| 7 | Failure to Work Regularly | 03/12/2012 |
| 8 | Failure to Follow Instructions of Probation Officer | 12/31/2011 |
| 9 | Failure to Obtain Approval from the Probation Office for Employment | 01/27/2012 |
| 10 | Falsifying Monthly Written Supervision Reports | 12/29/2011 |
| 11 | Failure to Follow Instructions of Probation Officer | 03/03/2012 |
| 12 | Failure to Report to the Probation Officer as Directed | 02/08/2012 |

DEFENDANT: RONALD PHILLIP WALLACE
CASE NUMBER: 08-cr-00409-CMA-01                                    Judgment-Page 3 of 5

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of sixty-three (63) months calculated as nine (9) months on each underlying count of conviction, Counts 4, 5, 6, 11, 12, 15 and 20, to run consecutively.

The court recommends that the United States Marshals Service house the defendant at FCI Englewood, Colorado, pending his designation by the Bureau of Prisons due to that institution's familiarity with the defendant's medical condition.

The defendant is remanded to the custody of the United States Marshal.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____

at _____, with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By_____
Deputy United States Marshal

DEFENDANT:  RONALD PHILLIP WALLACE
CASE NUMBER:  08-cr-00409-CMA-01                                    Judgment-Page 4 of 5

## MONETARY OBLIGATIONS

The defendant is ordered to pay the balance of the special assessment and the restitution that is outstanding.

DEFENDANT:  RONALD PHILLIP WALLACE
CASE NUMBER:  08-cr-00409-CMA-01                                    Judgment-Page 5 of 5

## SCHEDULE OF PAYMENTS

Having assessed the defendant's ability to pay, payment of the total monetary obligations is due as follows:

Payments shall be applied in the following order:  (1) special assessment; (2) restitution.

Payment of restitution will be monitored by the Financial Litigation Unit of the United States Attorney's Office pursuant to 18 U.S.C. §§ 3612 and 3613.

The defendant shall receive credit for all payments previously made toward any monetary obligations imposed.